## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

POM GROUP INC,

        Plaintiff,

v.

NOLUVA, et al.,

        Defendants.

Civil Action No. 25-cv-00708

Hon. William S. Stickman IV

## DECLARATION OF MICHAEL MITCHELL, ESQ.

I, Michael Mitchell, declare and state as follows:

1.      This declaration is based upon my personal knowledge of the facts stated herein. If called as a witness, I could and would testify as to the statements made herein.

2.      I am an attorney, duly admitted to practice law in the state of Pennsylvania and before this Court. I represent plaintiff POM Group, Inc., in this action.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of a chart setting forth the number of infringing units sold by each remaining defendant in the case using sales data produced by PayPal and Stripe in response to Plaintiff's expedited discovery requests pursuant to the Temporary Restraining Order issued by the Court.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

1

Dated: 9/29/25

By: /s/ Michael Mitchell
Michael Mitchell ARDC 6324363
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018
Email: mmitchell@whitewoodlaw.com

*Counsel for Plaintiff*

2